UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIDNEY G. ORANGE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN MCGRATH, SERGEANT HILL, DR. ESCNODON , and DEPUTY HATTON, <br><br> Defendants. | NO.  2:14-cv-00384-JLQ <br><br> ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND ORDER TO DISMISS COMPLAINT |

By Order filed February 10, 2015, the Court instructed Plaintiff to show cause why he should not be denied leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g). ECF No. 7.  In the alternative, the Court offered Mr. Orange the opportunity to pay the full $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action.  Plaintiff had notified the Court of his change of address to a residence in Spokane, Washington, on February 9, 2015.  He did not respond to the Court's Order to Show Cause and has filed nothing further in this action.

Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** under 28 U.S.C. § 1915(g).  Because Plaintiff did not pay the filing fee to commence this action under 28 U.S.C. § 1914, **IT IS FURTHER ORDERED** the Complaint shall be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND ORDER TO DISMISS COMPLAINT -- 1

Order, enter judgment of dismissal of the Complaint and the claims therein without prejudice, forward a copy to Plaintiff, and close this file.

**DATED** this 27th day of March 2015.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND ORDER TO DISMISS COMPLAINT -- 2