# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SIDNEY G. ORANCE, JR., <br><br> *Plaintiff* <br> v. <br> JOHN MCGRATH, SERGEANT HILL, DR. ESCNODON, and DEPUTY HATTON, <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:14-CV-0384-JLQ <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court's Order filed March 27, 2015, ECF No. 8, the Complaint and the claims therein are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush

Date: 03/27/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas